# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 13 MM 2020

           Respondent           :

                v.                 :

NATHAN TERRY,           :

           Petitioner            :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of April, 2020, the "Extraordinary Relief Petition for Extraordinary Jurisdiction," the "Application for Leave of Court under Rule 2501(a) Post Submission Communications," and the "Application for Leave of the Court under Rule 2501(a) Post Submission Communication" are DENIED.